#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                              **4:08-CR-00010-WRW**

**BRIAN CHRISTOPHER LEDBETTER**

### ORDER

Pending is the Prosecution's unopposed Motion to Dismiss the Indictment (Doc. No. 21).

For good cause shown, the Prosecution's Motion to Dismiss the Indictment is GRANTED, and the Indictment is DISMISSED.

IT IS SO ORDERED this 1st day of August, 2008.

                                              /s/ Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE